No. 748. KISSOCK *v.* DUQUESNE STEEL FOUNDRY Co. ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

750

*Messrs. Harvey L. Lechner, Drury W. Cooper,* and *John D. Morgan* for petitioner. *Mr. Lawrence Bristol* for respondents.